| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>OCT 28 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PAUL THOMAS, MD,

        Plaintiff - Appellant,

v.

KATHLEEN HARDER, MD; et al.,

        Defendants - Appellees.

No. 23-35456

D.C. No. 3:22-cv-00944-JR
U.S. District Court for Oregon, Portland

**MANDATE**

The judgment of this Court, entered October 04, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT