# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 15, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Paul Thomas
          v. Kathleen Harder, et al.
          No. 24-752
          (Your No. 23-35456)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 2, 2025 and placed on the docket January 15, 2025 as No. 24-752.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst